*Wednesday, October 10, 2001*

## MERIT DOCKET

**01–1250.  State ex rel. Williams v. Reed.**
In Mandamus. On complaint in mandamus of Charles L. Williams.
On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1271.  State ex rel. Cincinnati Enquirer, Div. of Gannett Satellite Info. Network, Inc. v. Spaeth.**
In Mandamus. On motion to dismiss and on motion to dismiss of Ohio Prosecuting Attorney's Association. Motions to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1324.  State ex rel. Miller v. Fifth Dist. Court of Appeals.**
In Mandamus. On complaint in mandamus of Chad Miller.
On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1356.  State ex rel. Cleveland Elec. Illum. Co. v. Zupancic.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.
DOUGLAS, J., dissents and would grant an alternative writ and schedule oral argument on the same date as in 01–1009, *Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision,* Board of Tax Appeals Nos. 00–K–1751 through 00–K–1758.
COOK, J., not participating.

**01–1379.  State ex rel. Nelson v. Gaul.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1389.  State ex rel. Pointer v. Wilkinson.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1415.  State ex rel. Rembert v. Nusbaum.**
In Mandamus. On complaint in mandamus of Albert L. Rembert.
On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.